**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-01827-LTB

CHANTAE TURAN,

    Plaintiff,

v.

ROBERT EDGAR,
DOUG ANDRUS DISTRIBUTING, LLC, A Foreign Limited Liability Company Authorized to do business in the State of Idaho, and
DOUG ANDRUS, INC., A Foreign Limited Liability Company Authorized to do business in the State of Idaho,

    Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice Under Rule 41(a)(1) of Defendant Doug Andrus, Inc. Only (Doc 11 - filed August 5, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that Defendant Doug Andrus, Inc. only shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                   BY THE COURT:

                                   s/ Lewis T. Babcock
                                   LEWIS T. BABCOCK, JUDGE

DATED:   August 6, 2013