IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01827-LTB-MJW

CHANTAE TURAN,

Plaintiff,

v.

ROBERT EDGAR and
DOUG ANDRUS DISTRIBUTING, LLC, a foreign limited liability company authorized to
do business in the State of Idaho,

Defendants.

_____

MINUTE ORDER

_____

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion for Modification of
Scheduling Order (Docket No. 28) is GRANTED.  The Scheduling Order (Docket No.
19) is amended to extend the following deadlines: expert disclosures up to and including
July 22, 2014; rebuttal expert disclosures up to and including August 8, 2014; discovery
cut-off up to and including September 8, 2014; and dispositive motions deadline up to
and including September 29, 2014.

Date: April 21, 2014