IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01827-LTB-MJW

CHANTAE TURAN,

Plaintiff,

v.

ROBERT EDGAR and
DOUG ANDRUS DISTRIBUTING, LLC, a foreign limited liability company authorized to do business in the State of Idaho,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Motion for Modification of Scheduling Order Regarding Expert Disclosures (Docket No. 31) is GRANTED. The Scheduling Order (Docket No. 19) is amended to extend the deadline for plaintiff's expert disclosures up to and including June 10, 2014, and defendants' expert disclosures up to and including July 28, 2014.

Date: June 5, 2014