IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01827-LTB-MJW

CHANTAE TURAN,

Plaintiff,

v.

ROBERT EDGAR and
DOUG ANDRUS DISTRIBUTING, LLC, a foreign limited liability company authorized to do business in the State of Idaho,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion for Modification of Scheduling Order for Plaintiff to Endorse an Expert Witness Out of Time **(Docket No. 48)** is GRANTED for good cause shown. Plaintiff shall have up to and including December 8, 2014, to endorse Dr. Machanic as an expert and provide related Rule 26(a) disclosures to Defendants.

It is further ORDERED that Defendants' Unopposed Motion for Extension of Discovery Deadline for a Limited Purposes **(Docket No. 47)** is GRANTED for good cause shown.

The discovery deadline is extended to November 16, 2014, for the limited purpose of allowing Defendants to subpoena records from Personicare. The discovery deadline is further extended to December 31, 2014, for the limited purpose of deposing Dr. Machanic, if Plaintiff designates Dr. Mechanic as an expert.

Date: October 22, 2014