IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01827-LTB-MJW

CHANTAE TURAN,

Plaintiff,

v.

ROBERT EDGAR and
DOUG ANDRUS DISTRIBUTING, LLC, a foreign limited liability company authorized to
do business in the State of Idaho,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Personicare, LLC's Unopposed Motion for Second
Extension of Time to Respond to Defendants' Motion to Compel (Docket No. 71) is
granted. Personicare, LLC shall have up to and including February 6, 2015, to file a
Response to Defendants' Motion to Compel (Docket No. 59).

Date: January 23, 2015