IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 13-cv-01827-LTB-MJW

CHANTAE TURAN,

    Plaintiff,

v.

ROBERT EDGAR,
DOUG ANDRUS DISTRIBUTING, LLC, A Foreign Limited Liability Company Authorized to do business in the State of Idaho, and

    Defendants.

_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on January 22, 2015 (Doc 73). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Plaintiff's Motion to Amend Complaint (Doc 65) is DENIED.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED: February 6, 2015