**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-01827-LTB-MJW

CHANTAE TURAN,

    Plaintiff,

v.

ROBERT EDGAR,
DOUG ANDRUS DISTRIBUTING, LLC, A Foreign Limited Liability Company Authorized to do business in the State of Idaho, and

    Defendants.

_____

**ORDER**
_____

This case is before me on Plaintiff's Objection to Court's Report and Recommendation to Deny Plaintiff's Opposed Motion to Amend Complaint (Doc 76 - filed February 6, 2015). The recommendation of the Magistrate Judge was issued and served on January 22, 2015 (Doc 73). Plaintiff had 14 days to file an objection to the Magistrate Judge's recommendation which objections would have been due on February 5, 2015. No motion for extension of time to file objections or to file the objections out of time was filed by Plaintiff. The Court entered its Order (Doc 77) accepting the Magistrate Judge's recommendation on February 6, 2015. Accordingly,

IT IS ORDERED that Plaintiff's Objections (Doc 76) is STRICKEN as untimely filed and the Order entered February 6, 2015 (Doc 77) remains in full force and effect.

BY THE COURT:

  s/Lewis T. Babcock  
Lewis T. Babcock, Judge

DATED: February 9, 2015