IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 13-cv-01827-LTB-MJW

CHANTAE TURAN,

     Plaintiff,

v.

ROBERT EDGAR, and
DOUG ANDRUS DISTRIBUTING, LLC, A Foreign Limited Liability Company Authorized
to do business in the State of Idaho,

     Defendants.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order

entered by the Honorable Lewis T. Babcock on February 19, 2015, and incorporated

herein by reference as if fully set forth, it is

ORDERED that Defendants' Motion for Summary Judgment is GRANTED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of

Defendants, Robert Edgar and Doug Andrus Distributing, LLC and against Plaintiff,

Chantae Turan.  It is

FURTHER ORDERED that Defendants, Robert Edgar and Doug Andrus

Distributing, LLC shall have their costs by the filing of a Bill of Costs with the Clerk of

this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P.

58(a) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that plaintiff's Complaint and this civil action are

DISMISSED WITH PREJUDICE.

DATED at Denver, Colorado this __19th__ day of February, 2015.


FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By: s/E. Buchanan
E. Buchanan, Deputy Clerk